IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOU LONG LO,<br><br>              Plaintiff,<br><br>    vs.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION,<br><br>              Defendant. | No. CV-F-03-5055 REC<br><br>ORDER DIRECTING DEFENDANT TO SUBMIT DOCUMENTS <u>IN CAMERA</u> FOR COURT REVIEW |

    The court hereby orders defendant to submit to the court for <u>in camera</u> review unredacted copies of the pages of materials provided to plaintiff pursuant to his FOIA request and described in the First Amended Complaint which defendant contends are exempt from disclosure pursuant to 5 U.S.C. §§ 552(b)(7)(C) and 552a(j)(2). Defendant shall provide the unredacted copies for <u>in camera</u> review within 15 days of the filing date of this order. All further proceedings shall be by order of this court.

///

1

1 | IT IS SO ORDERED.

2 | **Dated:  May 23, 2005**                                    **/s/ Robert E. Coyle**
    668554                                                UNITED STATES DISTRICT JUDGE